**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EXCALIBUR IP, LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> SPOTIFY USA, Inc. § <br> § <br> Defendant. § | **C.A. NO. 19-cv-165 (LPS)** <br><br> **JURY TRIAL DEMANDED** |

**JOINT STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)**

All parties having reached a settlement agreement that resolves all disputes in this case between them, IT IS HEREBY JOINTLY STIPULATED AND AGREED by and between the undersigned, Plaintiff and Defendant, being all parties who have appeared in the above-captioned action, to the voluntary dismissal with prejudice of this case pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own fees and costs. This Court shall retain jurisdiction to enforce the settlement agreement.

Dated: April 7, 2020

Respectfully submitted,

**FARNAN LLP**

*/s/ Brian E. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
Fax: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

1

OF COUNSEL

**MCKOOL SMITH, PC**

Steven J. Pollinger (*Pro Hac Vice*)
Seth R. Hasenour (*Pro Hac Vice*)
300 West 6th Street, Suite 1700
Austin, TX 78701
(512) 692-8700
*spollinger@mckoolsmith.com*
*shasenour@mckoolsmith.com*

**Attorneys for Plaintiff Excalibur IP, LLC**


MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*
Jack B. Blumenfeld (#1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
*jblumenfeld@mnat.com*

OF COUNSEL:

Stefani E. Shanberg
Robin L. Brewer
Jennifer J. Schmidt
John S. Douglass
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
(415) 268-7000

Kyle W. K. Mooney
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019
(212) 468-8000

**Attorneys for Defendant Spotify USA, Inc.**

IT SO ORDERED.

Date: _____                          _____
                                                 The Honorable Leonard P. Stark